UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOIS MOORE                              )
4622 West Maricopa Drive                )
Eagle, Idaho  83616,                    )
                                        )
        and                             )
                                        )
ROBERT MOORE                            )
4622 West Maricopa Drive                )
Eagle, Idaho  83616,                    )
                                        )
        and                             )
                                        )
JANA OREAR                              )
P.O. Box 528                            )
Genoa, Nevada  89411,                   )
                                        )
        and                             )     Civil Action No.
                                        )
CHRISTIANNE O'MALLEY                     )
4005 Bull Rider Drive                   )
Reno, Nevada  89521,                    )
                                        )
        and                             )
                                        )
MARK SAUTER                             )
9512 Beck Court                         )
Bethesda, Maryland  20817,              )
                                        )
        and                             )
                                        )
JOHN ZIMMERLEE                          )
3342 Brickey Lane                       )
Marietta, Georgia 30068,                )
                                        )
        and                             )
                                        )
THE POW INVESTIGATIVE                    )
        PROJECT, INC.                    )
        A Maryland Corporation,         )
                                        )
        Plaintiffs,                     )
                                        )
        v.                              )

|  | ) |
| NATIONAL ARCHIVES AND | ) |
| RECORDS ADMINISTRATION | ) |
| National Archives at College Park | ) |
| 8601 Adelphi Road | ) |
| College Park, MD 20740, | ) |
|  | ) |
| Defendant. | ) |

## COMPLAINT
### (Freedom of Information Act, 5 U.S.C. § 552, as amended)

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, as amended, for the disclosure of records improperly withheld from plaintiffs.

### Preliminary Statement

Five of the plaintiffs are family members of two aviators serving in the U.S. Air Force during the Korean War—Captain Harry Cecil Moore and 1st Lieutenant John Henry Zimmerlee.

Captain Moore piloted an F-51 Mustang night fighter, part of the 67th Fighter Bomber Squadron. On June 1, 1951, Harry flew one of six F-51's that had been enroute to conduct reconnaissance over North Korea when the Squadron was ordered to proceed north to provide close air support for a B-29 Bomber crew that had bailed out in enemy territory near the mouth of the Yalu River. Flying at about 5,000 feet, the Squadron was attacked by six MiG-15 aircraft of the Soviet 303rd Fighter Aviation Division that had been patrolling along the river. The Mustangs descended and split up into pairs and single flights. Harry and another Mustang flew south along the coast trying to evade the MiGs. One Mustang turned east and continued inland, while three MiGs chased Harry, hit his Mustang, which smoked, dropped, and landed gently in the Korean Gulf less than 100 feet from shore.

On February 27, 1952—eight months after the shoot-down—the Chief of Naval Personnel wrote to the Judge Advocate General "that there is a possibility that Captain Moore survived and is now a prisoner of war." But the government did not reveal to his wife, plaintiff Lois Moore, or his brother, plaintiff Bob Moore, that Harry may have been alive. Instead, in December of 1953, it wrote them that Harry had been reclassified, from Missing-in-Action, to Killed-in-Action.

Fifty years later, in 2002, the Pentagon informed Lois and Bob that evidence had been discovered by the US–Russia Joint Commission on POW/MIAs, indicating that communist forces had taken him prisoner. They later learned that Harry may have been transported to the Soviet Union.

A decade later, in 2013, the Department of Defense provided Louis and Bob with a copy of the Chief of Naval Personnel's February 1952 memorandum relating that Harry may "now be a prisoner of war."  In November of 2019, a researcher discovered a November 1953 report that "Lt Moore, fighter pilot, was interrogated at the interrogation center," in North Korea's Camp 5.  Harry Moore's story is memorialized in the documentary, *Keeping the Promise Alive*.  *See* https://www.youtube.com/watch?v=kma3hwFRJ1w.

Air Force 1st Lieutenant John Henry Zimmerlee served as navigator aboard a B26C light bomber.  Sometime after 9:00 p.m. on March 21, 1952, it crashed, after three of its five crewmembers successfully parachuted out.  They were taken prisoner, and last seen in the custody North Korean and Chinese guards.

<u>Jurisdiction</u>

1.      The FOIA provides this Court jurisdiction over this matter.  Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

<u>Parties</u>

2.      Plaintiff Lois Moore is an individual who resides in Eagle, Idaho.  She is Harry Moore's widow.

3.      Plaintiff Robert Moore is an individual residing in Eagle, Idaho.  He is Harry Moore's brother.

4.      Plaintiff Jana Orear is an individual who resides in Genoa, Nevada.  She is Harry Moore's daughter.

5.      Plaintiff Christianne O'Malley is an individual who resides in Reno, Nevada.  Ms. O'Malley is Harry Moore's granddaughter.

6.      Plaintiff Mark Sauter is an investigative journalist and author.  He lives in Bethesda, Maryland.

7.      Plaintiff John Henry Zimmerlee is an individual who resides in Marietta, Georgia.   He is Lieutenant John Henry Zimmerlee's son.

8.      Plaintiff The POW Investigative Project, Inc., is a nonprofit entity duly organized and existing under the laws of Maryland.  It is devoted to investigating the fates of United States POWs and MIAs last reported alive in communist captivity but never returned after the Korean, Cold, and Vietnam Wars.

9.      Defendant National Archives and Records Administration ("Archives") is an agency within the meaning of 5 U.S.C. § 552(f) of the FOIA, and is in possession and control of the records which are the subject of this action.

<u>Facts</u>

10.      On April 20, 2020, plaintiffs submitted a FOIA request to the Archives, seeking disclosure of 27 items, plus records associated with twenty "Withdrawal Notices," restricting public access.  A copy of this FOIA request is attached hereto as Exhibit 1.

11.      Plaintiffs seek disclosure of:

(a)      Records regarding (i) Captain Harry Cecil Moore, (ii) Air Force 1st Lieutenant John Henry Zimmerlee, and (iii) Army Engineer Robert Paul Bibb;
(b)      Ten Department of Defense records;
(c)      Ten items held by the Eisenhower Presidential Library;
(d)      One NSA record;
(e)      One State Department record; and
(f)      Two CIA records.

12.      The 27 items identified in plaintiffs' April 20 FOIA request are:

Request 1
All records regarding the June 1, 1951 shoot down and capture over North Korea of the American F-51 piloted by U.S. Air Force Captain Harry Cecil Moore, his incarceration, interrogation, transportation from North Korea to the Soviet Union, his locations in the Soviet Union, including all evidence that he "may have been interrogated by Soviet officials." Captain Moore's service number is AO 711850. His date of birth is February 11, 1924.

Request 2
All records regarding the July 20, 1950 capture of Robert Paul Bibb, in
Tuejon, South Korea, and his incarceration. He served in the Army
Company C, 3rd Engineer Combat Battalion, 24th Infantry Division.
His service number is RA-19076631. His date of birth is December 6,
1911.

Request 3
All POW records concerning Air Force 1st Lieutenant John Henry
Zimmerlee, Jr. Lieutenant Zimmerlee served as navigator aboard a
B26C (No. 44-34417) in the Air Force 730th Bomb Squadron. That
aircraft was downed on March 21, 1952. His service number is AO-
1998932, and he was born on December 6, 1911.

**CIA Records**
Request 4
All CIA POW records in Record Group 236.

Request 5
All CIA POW records concerning the activities of the Joint Advisory
Commission Korea (JACK).

**National Security Agency Records**
Request 6
National Security Agency POW records in Record Group 457,
including the names of POWs appearing below in Appendix A, and the
incidents listed below in Appendix B.  This is to include records from
the NSA predecessor, the Armed Forces Security Agency.

**Department of Defense—Records of Joint Chiefs of Staff**
Request 7
All POW records in Record Group 218, Records of the U.S. Joint Chiefs
of Staff.

**Department of Defense—Army records**
Request 8
All records concerning Korean and Cold War POW in the files
including but not limited to:
(1)     The U.S. Army Forces Far East (AFFE), 8th U.S. Army, United
        States  Forces Korea and the United Nations Command.
(2)     The Combined Command Reconnaissance Activities Korea
        (CCRAK).
(3)     Records in the Record Group 554 for General Headquarters,
        Far East Command.
(4)     All classified documents in the *Case Files of American Prisoners
        of War During the Korean War, 1952-1956,* dated September

1953 or later.

(5)     All classified documents contained in Record Group 319, Records of the Army Staff, dated after September 1953.

(6)     All classified documents produced by the Army Security Agency, dated after September 1953.

**Department of Defense—Air Force records**

Request 9

All POW records generated from the 6004th and 6006th Air Intelligence Squadrons (AISS), including but is not limited to all files regarding *Project American*. *Project American* was the repository file for all U.S. Air Force personnel missing in the Far East.

Request 10

All POW records in Record Group 341, *Records of Headquarters U.S. Air Force (Air Staff)*.

Request 11

All Air Force POW records in Record Group 342, *Records of U.S. Air Force Commands, Activities, and Organizations*. (*See, e.g.* https://www.archives.gov/research/guidefed-records/groups/342.html)

Request 12

All POW records produced by the U.S. Air Force Security Service.

**Department of Defense—Navy**

Request 13

All Bureau of Naval Personnel POW records in Record Group 24.

Request 14

All POW records of the *Office of the Chief of Naval Operations* in Record Group 38.

Request 15

Record Group 38, all completed Naval forms, *Identification data on missing U.S. Naval and Marine Personnel*, from February of 1956, regarding Korean POWs believed to be in the Soviet Union.

Request 16

All Navy records in Record Group 38, the *Case Files of American Prisoners of War During the Korean War,* 1952-1956.

**State Department**

Request 17

All POW records in Record Group 59, *General Records of the Department of State, Central Foreign Policy File*, including but not limited to Central Files 1958-1963, Record Group 59, Boxes 157-161, lot files 63D168, 65D93, 65D235, 66D224, and 66D245.

**Eisenhower Presidential Library**

Request 18

All classified and unreleased records held or controlled by the Eisenhower Library concerning POWs.

Request 19

The original intelligence memos from February 3, 1955 and February 4, 1955 concerning a debriefing of defector Yuri Rastvorov and his knowledge of U.S. POW/MIA and other Soviet intelligence activities.

Request 20

All classified documents concerning U.S. Korean and Cold War POW/MIA in the "Ann Whitman File," or Eisenhower presidential papers, from 1953-1961. This includes but is not limited to the Administration Series, Box 40, and Diary Series Box 5.

Request 21

All classified documents concerning U.S. Korean and Cold War POW/MIA in the White House Central Files, Confidential File, Box 61 and Box 70.

Request 22

All classified documents concerning U.S. Korean and Cold War POW/MIA in the John Foster Dulles file Boxes 10 and 12.

Request 23

All classified documents concerning U.S. Korean and Cold War POW/MIA in the *Christian A. Herter Papers*, 1957-1961, Box 3, Box 5, Box 6, Box 7, and Box 11, regarding downed U.S. airmen.

Request 24

All classified documents concerning U.S. Korean and Cold War POW/MIA in the White House Office, National Security Council Staff files, Operations Coordinating Board Central Files Series, Boxes 117-118, entitled, *OCB 383.6 Prisoners of War—Korean War.*

Request 25

All classified documents concerning U.S. Korean and Cold War POW/MIA in the White House Office, NSC Series, Box 18, *USSR 1954-*

*60*, which contains eight pages of classified material regarding Soviet-related aircraft incidents.

Request 26
All classified documents concerning U.S. Korean and Cold War POW/MIA in the White House Office, Office of the Staff Secretary, Records 1952-1961, documenting U.S. aircraft losses and crewmen.

Request 27
All classified documents concerning POWs in the White House Office, National Security Staff files, 1948-1961.

Requests 28 through 48 seek disclosure of records associated with twenty "Withdrawal Notices," restricting public access. These requests are set forth below, together with the Withdrawal Notices to which they refer.

13.     Defendant Archives received plaintiffs' requests on April 23. 2020.  Exhibit 2 is the certified mail receipt and the accompanying tracking information.

14.     To date, defendant has failed to acknowledge receipt of plaintiffs' FOIA requests, and has failed to substantively respond.  Thus, plaintiffs have constructively exhausted their administrative remedies by the CIA's failure to respond within twenty working days under 5 U.S.C. § 552 (b)(6)(A)(i).

Count I
(Prompt Disclosure)

15.     Plaintiffs restate paragraphs 1-14 as if fully repeated here.

16.     Plaintiffs have a statutory right to the records they seek, and there is no legal basis for the CIA's refusal to disclose them.

Count II
(News Media Status)

17.     Plaintiffs restate paragraphs 1-16 as if fully repeated here.

18.     Plaintiffs' Aril 20, 2020 letter requested status as a representative of the news media, and the administrative record demonstrates that plaintiff Mark Sauter is entitled to a waiver of search and review fees under 5 U.S.C. § 552 (a)(4)(A)(ii)(II).

WHEREFORE, Plaintiffs respectfully pray that this Court:

(1)     Order defendant grant plaintiff Mark Sauter status as representative of the news media under 5 U.S.C. § 552(a)(4)(A)(ii)(II);

(2)     Order defendant to conduct a thorough search for all responsive records;

(3)     Order defendant to promptly provide the information to plaintiffs, in electronic format, as requested; and

(4)     Award plaintiffs reasonable costs and attorneys' fees incurred in the prosecution of this action under 5 U.S.C. § 552 (a)(4)(E) and 28 U.S.C. § 2412(d).

DATE:  June 25, 2020.

Respectfully submitted,

____/ s/  John H Clarke_____
John H. Clarke   Bar No. 388599
1629 K Street, NW
Suite 300
Washington, DC  20006
(202) 344-0776
Fax (202) 332-3030
john@johnhclarkelaw.com
*Attorney for Plaintiffs*

Law Office
**John H. Clarke**
1629 K Street, NW
Suite 300
Washington, DC  20006
———
**(202) 344-0776**
John@JohnHClarkeLaw.com

Also Admitted in Virginia
and Maryland

FAX:  (202) 332-3030

April 20, 2020

Freedom of Information Act Request
National Archives and Records Administration
National Archives at College Park
8601 Adelphi Road
Room 5500
College Park, MD 20740-6001

> Re:    FOIA requests for records regarding unrepatriated
>          United States POWs from the Korean War

Dear Ladies and Gentlemen:

This is request under the Freedom of Information Act, 5 USC § 552 *et seq.*, made by seven individuals and a corporation.  They are Lois Moore, Robert Moore, Jana Orear, Christianne O'Malley, Michael Driggs, John Zimmerlee, Mark Sauter, and the POW Investigative Project, Inc., a nonprofit entity devoted to investigating the fates of United States POWs and MIAs last reported alive in communist captivity but never returned after the Korean, Cold, and Vietnam Wars.  The requests seek records concerning American POWs captured by the communists, not reported to have died, and not returned after the end of the Korean War, as well as after Cold War shoot downs.

Mark Sauter is an investigative journalist and author.  The other six individuals are family members of one of three unrepatriated Korean War POWs—Army Master Sergeant Robert Paul Bibb, Air Force Pilot Captain Harry Cecil Moore, and Air Force Captain John Henry Zimmerlee.

On July 20, 1950 Master Sergeant Robert Bibb was captured in the Battle of Taejon, an early fight in South Korea that overwhelmed the 24th Infantry Division, which was outnumbered and lacking communications and weapons.

Captain Harry Moore was taken prisoner on June 1, 1951, after Soviet MiG-15s shot down the F-51 fighter that he was piloting.  He was thereafter transferred to the USSR, to Camp No. 18 near Potma, Mordovia, where, in 1952, he was interrogated by the Commander of the Soviet 64th Fighter Aviation Corps.

Exhibit 1

Air Force 1st Lieutenant John Henry Zimmerlee served as navigator aboard a B26C light bomber.  Sometime after 9:00 p.m. on March 21, 1952, it crashed, after three of its five crewmembers successfully parachuted out.  They were taken prisoner, and last seen in the custody North Korean and Chinese guards.

The term "POW" in the requests refer to United States military personnel taken prisoner during the Korean War, and the Cold War, who were not repatriated, and includes "MIAs," or missing in action.  The term "POW records" should be read to include all intelligence material of whatsoever nature, including all reports, analysis, correspondence, signals intelligence or SIGNET (including transcripts of communist propaganda broadcasts), imagery, and live sighting reports.  The term "live sighting reports" should be read to include those based on hearsay, together with the corresponding interview notes.

These requests do not seek information that appears in any record on the CIA website, or on any Department of Defense website, but only if such records were released in full, with no redactions.

——————————————————

Request 1
All records regarding the June 1, 1951 shoot down and capture over North Korea of the American F-51 piloted by U.S. Air Force Captain Harry Cecil Moore, his incarceration, interrogation, transportation from North Korea to the Soviet Union, his locations in the Soviet Union, including all evidence that he "may have been interrogated by Soviet officials."  Captain Moore's service number is AO 711850.  His date of birth is February 11, 1924.

Request 2
All records regarding the July 20, 1950 capture of Robert Paul Bibb, in Tuejon, South Korea, and his incarceration.  He served in the Army Company C, 3rd Engineer Combat Battalion, 24th Infantry Division.  His service number is RA-19076631.  His date of birth is December 6, 1911.

Request 3
All POW records concerning Air Force 1st Lieutenant John Henry Zimmerlee, Jr. Lieutenant Zimmerlee served as navigator aboard a B26C (No. 44-34417) in the Air Force 730th Bomb Squadron.  That aircraft was downed on March 21, 1952.  His service number is AO-1998932, and he was born on December 6, 1911.

**CIA Records**
<u>Request 4</u>
All CIA POW records in Record Group 236.

<u>Request 5</u>
All CIA POW records concerning the activities of the Joint Advisory Commission Korea (JACK).

**National Security Agency Records**
<u>Request 6</u>
National Security Agency POW records in Record Group 457, including the names of POWs appearing below in Appendix A, and the incidents listed below in Appendix B. This is to include records from the NSA predecessor, the Armed Forces Security Agency.

**Department of Defense—Records of Joint Chiefs of Staff**
<u>Request 7</u>
All POW records in Record Group 218, Records of the U.S. Joint Chiefs of Staff.

**Department of Defense—Army records**
<u>Request 8</u>
All records concerning Korean and Cold War POW in the files including but not limited to:

   (1)    The U.S. Army Forces Far East (AFFE), 8th U.S. Army, United States Forces Korea and the United Nations Command.
   (2)    The Combined Command Reconnaissance Activities Korea (CCRAK).
   (3)    Records in the Record Group 554 for General Headquarters, Far East Command.
   (4)    All classified documents in the *Case Files of American Prisoners of War During the Korean War, 1952-1956*, dated September 1953 or later.
   (5)    All classified documents contained in Record Group 319, Records of the Army Staff, dated after September 1953.
   (6)    All classified documents produced by the Army Security Agency, dated after September 1953.

**Department of Defense—Air Force records**

Request 9

All POW records generated from the 6004th and 6006th Air Intelligence Squadrons (AISS), including but is not limited to all files regarding *Project American. Project American* was the repository file for all U.S. Air Force personnel missing in the Far East.

Request 10

All POW records in Record Group 341, *Records of Headquarters U.S. Air Force (Air Staff)*.

Request 11

All Air Force POW records in Record Group 342, *Records of U.S. Air Force Commands, Activities, and Organizations.* (*See, e.g.* https://www.archives.gov/research/guide-fed-records/groups/342.html)

Request 12

All POW records produced by the U.S. Air Force Security Service.

**Department of Defense—Navy**

Request 13

All Bureau of Naval Personnel POW records in Record Group 24.

Request 14

All POW records of the *Office of the Chief of Naval Operations* in Record Group 38.

Request 15

Record Group 38, all completed Naval forms, *Identification data on missing U.S. Naval and Marine Personnel*, from February of 1956, regarding Korean POWs believed to be in the Soviet Union.

Request 16

All Navy records in Record Group 38, the *Case Files of American Prisoners of War During the Korean War,* 1952-1956.

**State Department**

Request 17

All POW records in Record Group 59, *General Records of the Department of State, Central Foreign Policy File,* including but not limited to Central Files 1958-1963, Record Group 59, Boxes 157-161, lot files 63D168, 65D93, 65D235, 66D224, and 66D245.

**Eisenhower Presidential Library**

Request 18

All classified and unreleased records held or controlled by the Eisenhower Library concerning POWs.

Request 19

The original intelligence memos from February 3, 1955 and February 4, 1955 concerning a debriefing of defector Yuri Rastvorov and his knowledge of U.S. POW/MIA and other Soviet intelligence activities.

Request 20

All classified documents concerning U.S. Korean and Cold War POW/MIA in the "Ann Whitman File," or Eisenhower presidential papers, from 1953-1961. This includes but is not limited to the Administration Series, Box 40, and Diary Series Box 5.

Request 21

All classified documents concerning U.S. Korean and Cold War POW/MIA in the White House Central Files, Confidential File, Box 61 and Box 70.

Request 22

All classified documents concerning U.S. Korean and Cold War POW/MIA in the John Foster Dulles file Boxes 10 and 12.

Request 23

All classified documents concerning U.S. Korean and Cold War POW/MIA in the *Christian A. Herter Papers*, 1957-1961, Box 3, Box 5, Box 6, Box 7, and Box 11, regarding downed U.S. airmen.

Request 24

All classified documents concerning U.S. Korean and Cold War POW/MIA in the White House Office, National Security Council Staff files, Operations Coordinating Board Central Files Series, Boxes 117-118, entitled, *OCB 383.6 Prisoners of War – Korean War.*

Request 25

All classified documents concerning U.S. Korean and Cold War POW/MIA in the White House Office, NSC Series, Box 18, *USSR 1954-60*, which contains eight pages of classified material regarding Soviet-related aircraft incidents.

Request 26
All classified documents concerning U.S. Korean and Cold War POW/MIA in the White House Office, Office of the Staff Secretary, Records 1952-1961, documenting U.S. aircraft losses and crewmen.

Request 27
All classified documents concerning POWs in the White House Office, National Security Staff files, 1948-1961.

Request 28 through 48 seek disclosure of records associated with twenty "Withdrawal Notices," restricting public access.  These requests are set forth below, together with the Withdrawal Notices to which they refer.

————————————————

***Fee Waiver***.  The requesters seek a news media waiver of search and review fees under 5 U.S.C. §§ 552 (a)(4)(a)(iii), and a waiver of copying costs under 5 U.S.C. §§ 552 (a)(4)(A)(ii)(II), as disclosure will shed light on the government 's operations and activities.

Mark Sauter is a member of the news media.  He has been an award-winning investigative reporter and historian since 1987, employed by national and local television and newspaper outlets.  He co-authored four books.  One, written with Korean War POW expert John Zimmerlee, is titled *American Trophies*, and is subtitled, "How US POWs Were Surrendered to North Korea, China and Russia by Washington's Cynical Attitude."  He coauthored with James Sanders, *The Men We Left Behind: Henry Kissinger, the Politics of Deceit and the Tragic Fate of POWs After the Vietnam War*, published in 1993.  And he co-authored with James Carafano a McGraw Hill university textbook, *Homeland Security: A Complete Guide*.

Mr. Sauter served as a U.S. Army officer in the Special Forces and infantry, including service in the DMZ between South and North Korea.  He has been investigating the fate of unrepatriated American POWs from the Korean and Cold Wars since 1989, and has uncovered evidence that the U.S. government knew that specific American prisoners were held at the end of the conflict but never returned,

that reports of their survival in enemy hands continued to be received for decades, and that information pertaining to their fate remains classified today.  Mr. Sauter's findings on the POW issue have been covered by media organizations such as the Associated Press, New York Times, ABC News, Washington Post and Wall Street Journal.

Mr. Sauter gathers information of potential interest to the general public, uses his editorial skills to turn the raw materials into a distinct work, and distributes that work to his audience. Upon disclosure of the records sought, he has concrete plans to make the information public.

Materials on POW/MIAs will contribute significantly to public understanding on the operations or activities of the government.  Among other things, they will reveal the extent, nature, intensity, and duration of the government's efforts to locate POW/MIAs, a subject that has long been of intense interest to the public.  The records will provide information regarding the thoroughness, scope, intensity, dedication and creativity of the search for missing POW/MIAs.  Disclosure will also show how agencies cooperated and coordinated their efforts with other agencies which possessed information on POW/MIAs.

The interest of enhancing the public's understanding of the operations or activities of the U.S. Government is clear, and the records' connection to these government activities is direct. Release of the information is will contribute to an understanding of government operations or activities regarding the Korean War POW/MIA issue, as compared with awareness prior to the disclosure.

This request seeks disclosure of records that have remained secret despite Congressional inquiries, the mandates of Executive Order 12812 and Presidential Decision Directive NSC 8, and "The McCain Bill," 50 U.S.C. § 435 Note.

***Electronic format.***  Kindly produce these records in electronic format, PDF. *See* 5 U.S.C. § 552(a)(3)(B):  "In making any record available to a person under this paragraph, an agency shall provide the record in any form or format requested by the person if the record is readily reproducible by the agency in that form or format."

***Right of Appeal***.  The information sought is not the subject of pending litigation in the federal courts.  In any event, kindly apprise the requesters of their right to administratively appeal any adverse response.

Sincerely,


John H. Clarke


cc:
Lois Moore
Robert Moore
Jana Orear
Christianne O'Malley
John Zimmerlee
Michael Driggs
Mark Sauter

---

Enclosures:                                                        Page

 FOIA Request 28. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
 (Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . . . .(26)

 FOIA Request 29. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
 (Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . . . .(27)

 FOIA Request 30. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11
 (Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . . . .(28)

 FOIA Request 31. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
 (Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . . . .(29)

 FOIA Request 32. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
 (Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . . . .(30)

 FOIA Request 33. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13
 (Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . . . .(31)

 FOIA Request 34. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14
 (Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . . . .(32)

FOIA Request 35. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15
(Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . .(33)

FOIA Request 36. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15
(Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . .(34)

FOIA Request 37. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16
(Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . .(35)

FOIA Request 38. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
(Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . .(36)

FOIA Request 39. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
(Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . .(37)

FOIA Request 40. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
(Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . .(38)

FOIA Request 41. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
(Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . .(39)

FOIA Request 42. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
(Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . .(40)

FOIA Request 43. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21
(Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . .(41)

FOIA Request 44. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21
(Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . .(42)

FOIA Request 45. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22
(Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . .(43)

FOIA Request 46. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
(Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . .(44)

FOIA Request 47. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24
(Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . .(45)

FOIA Request 48. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25
(Corresponding Withdrawal Slip). . . . . . . . . . . . . . . . . . . . . . .(46)


APPENDIX A:  KOREAN WAR POW/MIA NAMES. . . . . . . . . . . . . . . . . .47

APPENDIX B:  COLD WAR POW/MIA INCIDENTS AND NAMES. . . . . . . . . .51

**<u>Withdrawal Slips</u>**

<u>Request 28</u>

Please release the 42 pages of intelligence reports referenced in the June 4, 2001 withdrawal slip, a copy of which is attached at page 26, which states, in its entirety:

> RG: 338
> Tab #: 38
> Entry: 338-7503
> Copies: 1
> Pages: 42
> Box: 3
>
> ACCESS RESTRICTED
> The item identified below has been withdrawn from this file:
>
> > Folder Title:  INTEL RPTS
> > Document Date:  11/07/1956
> > Document Ser#:
>
> Description: DISP
>
> In review of this file this item was removed because access to it is restricted. Restrictions on records in the National Archives are stated in general and specific record group restrictions statements which are available for examination.
>
> NND: 961078
> Withdrawn: 04/06/2001     by:  JOHN RITZ
> FOIA RETRIEVAL # 961078 3 38

<u>Request 29</u>

Please release the 106 pages of intelligence reports referenced in the attached June 4, 2001 withdrawal slip, a copy of which is attached at page 27, and which states, in its entirety:

> RG: 338
> Tab #: 35
> Entry: 338-7503
> Copies: 1
> Pages: 106
> Box: 3
>
> ACCESS RESTRICTED
> The item identified below has been withdrawn from this file:

Folder Title:  PROJ. ZENITH CONTROL DATA
Document Date:  11/00/1954
Document Ser#:

Description: RPT

In review of this file this item was removed because access to it is
restricted. Restrictions on records in the National Archives are
stated in general and specific record group restrictions statements
which are available for examination.

NND: 961078
Withdrawn: 04/06/2001      by:  JOHN RITZ
FOIA RETRIEVAL # 961078 3 35

Request 30
Please release the 94 pages of intelligence reports referenced in the attached June 4,
2001 withdrawal slip, a copy of which is attached at page 28, and which states, in its
entirety

RG: 338
Tab #: 36
Entry: 338-7503
Copies: 1
Pages: 94
Box: 3

ACCESS RESTRICTED
The item identified below has been withdrawn from this file:

Folder Title:  PROJ. ZEPHYR CONTROL DATA
Document Date:  11/00/1954
Document Ser#:

Description: BOOKLET

In review of this file this item was removed because access to it is
restricted. Restrictions on records in the National Archives are
stated in general and specific record group restrictions statements
which are available for examination.

NND: 961078
Withdrawn: 04/06/2001      by:  JOHN RITZ
FOIA RETRIEVAL # 961078 3 36

Request 31

Please release the 3 pages of intelligence reports referenced in the attached
September 2, 2001 withdrawal slip, a copy of which is attached at page 29, and
which states, in its entirety

>RG: 338
>Tab #: 28
>Entry: 338-7503
>Box: 1
>Copies: 1
>Pages: 3
>Class: S
>
>ACCESS RESTRICTED
>The item identified below has been withdrawn from this file:
>
>>File Designation:  350.05 E.E.I. ESCAPE & EVASION
>>MEMO
>>Document Date:  08/11/1955
>>From
>>To
>
>In the review of this file this item was removed because access to it
>is restricted. Restrictions on records in the National Archives are
>stated in general and specific record group restriction statements
>which are available for examination. The item identified above has
>been withdrawn because it contains:
> X Security-Classified Information
>
>NND: 961078
>Date: 02/08/2001    by:  JR

Request 32

Please release the 3 pages of intelligence reports referenced in the attached
September 2, 2001 withdrawal slip, a copy of which is attached at page 30, and
which states, in its entirety:

>RG: 338
>Tab #: 29
>Entry: 338-7503
>Box: 1
>Copies: 1
>Pages: 3

Class: S

ACCESS RESTRICTED
The item identified below has been withdrawn from this file:

File Designation:  350.05 E.E.I. ESCAPE & EVASION
MEMO
Document Date:  00/CA/1955
From:
To: CINC

In the review of this file this item was removed because access to it is restricted. Restrictions on records in the National Archives are stated in general and specific record group restriction statements which are available for examination. The item identified above has been withdrawn because it contains:
 X Security-Classified Information

NND: 961078
Date: 02/08/2001    by:  JR

<u>Request 33</u>
Please release the 30 pages of intelligence reports referenced in the attached July 9, 2005 withdrawal slip, a copy of which is attached at page 31, and which states, in its entirety:

RG: 554
Box: 9
Folder: 1
Document: 13
Series:
Copies: 1
Pages: 30

ACCESS RESTRICTED
The item identified below has been withdrawn from this file:

Folder Title:  350.05 E.E.I
Document Date:  10-03-1955
Document Type: Memorandum
From: Matzko
To: Stanley
Subject: memo w/att

In review of this file this item was removed because access to it is restricted. Restrictions on records in the National Archives are stated in general and specific record group restrictions statements which are available for examination.

NND: 39314
Withdrawn: 09-07-2005     by:
FOIA RETRIEVAL #: 39314 00009 0001 13

Request 34
Please release the 2 pages of intelligence reports referenced in the attached August 2, 2001 withdrawal slip, a copy of which is attached at page 32, and which states, in its entirety:

RG: 338
Tab #: 24
Entry: 338-7503
Box: 1
Copies: 1
Pages: 2
Class: S

ACCESS RESTRICTED
The item identified below has been withdrawn from this file:

File Designation:  370.02 OP & RPTS.
Date:  30/09/1955
From:
To:

In the review of this file this item was removed because access to it is restricted. Restrictions on records in the National Archives are stated in general and specific record group restriction statements which are available for examination. The item identified above has been withdrawn because it contains:
 X Security-Classified Information

NND: 961078
Date: 02/08/2001     by:  JR

Request 35

Please release the 6 pages of intelligence reports referenced in the attached April 6, 2001 withdrawal slip, a copy of which is attached at page 33, and which states, in its entirety

> RG: 338
> Tab #: 116
> Entry: 338-7503
> Copies: 1
> Pages: 6
> Box: 5
>
> ACCESS RESTRICTED
> The item identified below has been withdrawn from this file:
>
> > Folder Title:  A 026 1956
> > Document Date:  01/11/1956
> > Document Ser#:
>
> Description: RPT
>
> In review of this file this item was removed because access to it is restricted. Restrictions on records in the National Archives are stated in general and specific record group restrictions statements which are available for examination.
>
> NND: 961078
> Withdrawn: 06/04/2001     by:  JOHN RITZ
> FOIA RETRIEVAL # 961078 5 116

Request 36

Please release the 19 pages of intelligence reports referenced in the attached August 2, 2001 withdrawal slip, a copy of which is attached **at** page 34, and which states, in its entirety

> RG: 338
> Tab #: 27
> Entry: 338-7503
> Box: 1
> Copies: 1
> Pages: 19
> Class: S

ACCESS RESTRICTED
The item identified below has been withdrawn from this file:

File Designation:  350.05 E.E.I. ESCAPE & EVASION
Date:  15/12/55
From:
To:

In the review of this file this item was removed because access to it is restricted. Restrictions on records in the National Archives are stated in general and specific record group restriction statements which are available for examination. The item identified above has been withdrawn because it contains:
 X Security-Classified Information

NND: 961078
Date: 02/08/2001     by:  JR

<u>Request 37</u>
Please release the 19 pages of intelligence reports referenced in the attached December 12, 1994 withdrawal slip, a copy of which is attached at page 35, and which states, in its entirety

RG: 38
Tab #: 5
Entry: POW Desk
Copies: 1
Pages: 19
Class: C
Specmark:
Box: 2

ACCESS RESTRICTED
The item identified below has been withdrawn from this file:

Folder Title:  A16-2/26.11.8 NAVPERS…
Document Date: 14/07/54
Document Ser#:

Rpt 819-54 Fr NA London

In review of this file this item was removed because access to it is restricted. Restrictions on records in the National Archives are

stated in general and specific record group restrictions statements
which are available for examination. The item identified above has
been withdrawn because it contains:
X Security-Classified Information

NND: 957307
Withdrawn: 12/12/1994      by:  PMK
FOIA RETRIEVAL # 957307 00002 00005

Request 38
Please release the 12 pages of intelligence reports referenced in the attached
December 12, 1994 withdrawal slip, a copy of which is attached at page 36, and
which states, in its entirety

RG: 38
Tab #: 15
Entry: POW Desk
Copies: 1
Pages: 12
Class: S
Specmark:
Box: 6

ACCESS RESTRICTED
The item identified below has been withdrawn from this file:

Folder Title:  A16-2/26.27.8 Prisons…
Document Date: 15/07/55
Document Ser#:

IR Fr CIA

In review of this file this item was removed because access to it is
restricted. Restrictions on records in the National Archives are
stated in general and specific record group restrictions statements
which are available for examination. The item identified above has
been withdrawn because it contains:
X Security-Classified Information

NND: 957307
Withdrawn: 12/12/1994      by:  PMK
FOIA RETRIEVAL # 957307 00006 00015

18

Request 39

Please release the 2 pages of intelligence reports referenced in the attached
December 12, 1994 withdrawal slip, a copy of which is attached at page 37, and
which states, in its entirety

        RG: 38
        Tab #: 20
        Entry: POW Desk
        Copies: 1
        Pages: 2
        Class: S
        Specmark:
        Box: 6

        ACCESS RESTRICTED
        The item identified below has been withdrawn from this file:

            Folder Title:  A16-2/26.27.8 Prisons…
            Document Date: 28/03/55
            Document Ser#:

        IR Fr CIA

        In review of this file this item was removed because access to it is
        restricted. Restrictions on records in the National Archives are
        stated in general and specific record group restrictions statements
        which are available for examination. The item identified above has
        been withdrawn because it contains:
        X Security-Classified Information

        NND: 957307
        Withdrawn: 12/12/1994     by:  PMK
        FOIA RETRIEVAL # 957307 00006 00020

Request 40

Please release the 4 pages of intelligence reports referenced in the attached
December 12, 1994 withdrawal slip, a copy of which is attached at page 38, and
which states, in its entirety:

        RG: 38
        Tab #: 7
        Entry: POW Desk
        Copies: 1
        Pages: 4

Class: C
Specmark:
Box: 7

ACCESS RESTRICTED
The item identified below has been withdrawn from this file:

      Folder Title:  Prisons & Camps – USSR #2
      Document Date: 15/05/53
      Document Ser#:

Rpt Re: POW Camps

In review of this file this item was removed because access to it is
restricted. Restrictions on records in the National Archives are
stated in general and specific record group restrictions statements
which are available for examination. The item identified above has
been withdrawn because it contains:
X Security-Classified Information

NND: 957307
Withdrawn: 12/12/1994    by:  PMK
FOIA RETRIEVAL # 957307 00007 00007

<u>Request 41</u>
Please release the 2 pages of intelligence reports referenced in the attached
December 12, 1994 withdrawal slip, a copy of which is attached at page 39, and
which states, in its entirety:

      RG: 38
      Tab #: 8
      Entry: POW Desk
      Copies: 1
      Pages: 2
      Class: C
      Specmark:
      Box: 7

      ACCESS RESTRICTED
      The item identified below has been withdrawn from this file:

            Folder Title:  Prisons & Camps – USSR #2
            Document Date: 12/05/53
            Document Ser#:

Rpt

In review of this file this item was removed because access to it is
restricted. Restrictions on records in the National Archives are
stated in general and specific record group restrictions statements
which are available for examination. The item identified above has
been withdrawn because it contains:
X Security-Classified Information

NND: 957307
Withdrawn: 12/12/1994     by:  PMK
FOIA RETRIEVAL # 957307 00007 00008

Request 42
Please release the 1 page of intelligence reports referenced in the attached
December 12, 1994 withdrawal slip, a copy of which is attached at page 40, and
which states, in its entirety

RG: 38
Tab #: 12
Entry: POW Desk
Copies: 1
Pages: 1
Class: C
Specmark:
Box: 7

ACCESS RESTRICTED
The item identified below has been withdrawn from this file:

Folder Title:  Prisons & Camps – USSR #2
Document Date: 31/03/53
Document Ser#:

Rpt

In review of this file this item was removed because access to it is
restricted. Restrictions on records in the National Archives are
stated in general and specific record group restrictions statements
which are available for examination. The item identified above has
been withdrawn because it contains:
X Security-Classified Information

NND: 957307
Withdrawn: 12/12/1994      by:  PMK
FOIA RETRIEVAL # 957307 00007 00012

Request 43
Please release the 2 pages of intelligence reports referenced in the attached
December 12, 1994 withdrawal slip, a copy of which is attached at page 41, and
which states, in its entirety

RG: 38
Tab #: 14
Entry: POW Desk
Copies: 1
Pages: 2
Class: C
Specmark:
Box: 7

ACCESS RESTRICTED
The item identified below has been withdrawn from this file:

Folder Title:  Prisons & Camps – USSR #2
Document Date: 04/03/53
Document Ser#:

Rpt

In review of this file this item was removed because access to it is
restricted. Restrictions on records in the National Archives are
stated in general and specific record group restrictions statements
which are available for examination. The item identified above has
been withdrawn because it contains:
X Security-Classified Information

NND: 957307
Withdrawn: 12/12/1994      by:  PMK
FOIA RETRIEVAL # 957307 00007 00014

Request 44
Please release the 2 pages of intelligence reports referenced in the attached
December 12, 1994 withdrawal slip, a copy of which is attached at page 42, and
which states, in its entirety:

RG: 38
Tab #: 15
Entry: POW Desk
Copies: 1
Pages: 2
Class: S
Specmark:
Box: 7

ACCESS RESTRICTED
The item identified below has been withdrawn from this file:

Folder Title:  Prisons & Camps – USSR #2
Document Date: 17/02/53
Document Ser#:

Rpt

In review of this file this item was removed because access to it is
restricted. Restrictions on records in the National Archives are
stated in general and specific record group restrictions statements
which are available for examination. The item identified above has
been withdrawn because it contains:
X Security-Classified Information

NND: 957307
Withdrawn: 12/12/1994     by:  PMK
FOIA RETRIEVAL # 957307 00007 00015

<u>Request 45</u>
Please release the 2 pages of intelligence reports referenced in the attached
December 12, 1994 withdrawal slip, a copy of which is attached at page 43, and
which states, in its entirety:

RG: 38
Tab #: 16
Entry: POW Desk
Copies: 1
Pages: 2
Class: C
Specmark:
Box: 7

ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

> Folder Title:  Prisons & Camps – USSR #2
> Document Date: 19/02/53
> Document Ser#:

Rpt

In review of this file this item was removed because access to it is restricted. Restrictions on records in the National Archives are stated in general and specific record group restrictions statements which are available for examination. The item identified above has been withdrawn because it contains:
X Security-Classified Information

NND: 957307
Withdrawn: 12/12/1994     by:  PMK
FOIA RETRIEVAL # 957307 00007 00016

<u>Request 46</u>
Please release the 4 pages of intelligence reports referenced in the attached December 12, 1994 withdrawal slip, a copy of which is attached at page 44, and which states, in its entirety

> RG: 38
> Tab #: 54
> Entry: POW Desk
> Copies: 1
> Pages: 4
> Class: C
> Specmark:
> Box: 7

> ACCESS RESTRICTED
> The item identified below has been withdrawn from this file:

> Folder Title:  Prisons & Camps – USSR #3
> Document Date: 01/02/54
> Document Ser#:

Rpt

In review of this file this item was removed because access to it is restricted. Restrictions on records in the National Archives are

stated in general and specific record group restrictions statements
which are available for examination. The item identified above has
been withdrawn because it contains:
X Security-Classified Information

NND: 957307
Withdrawn: 12/12/1994     by:  PMK
FOIA RETRIEVAL # 957307 00007 00054

<u>Request 47</u>
Please release the 52 pages of intelligence reports referenced in the attached
November 13, 1998 withdrawal slip, a copy of which is attached at page 45, and
which states, in its entirety:

RG: 24
Tab #: 1A
Entry: Secret General Corresp.
Copies: 22
Pages: 52
Class: S:
Box: 15

ACCESS RESTRICTED
The item identified below has been withdrawn from this file:

File Designation:  3430 – 3930 1959/1960 Partial Folder
Date: 1960
From: Navy
To:

In review of this file this item was removed because access to it is
restricted. Restrictions on records in the National Archives are
stated in general and specific record group restrictions statements
which are available for examination. The item identified above has
been withdrawn because it contains:
X Security-Classified Information

NND: 993013
Date: 13 Nov 1998
Withdrawn by: MRW

Request 48

Please release the 30 pages of intelligence reports referenced in the attached September 5, 2011 withdrawal slip, a copy of which is attached at page 46, and which states, in its entirety:

RG: 341
Records of Headquarters U.S. Air Force (Air Staff)
Box: 00499
Withhold Box: 234
Withhold Folder: 3
Document: 13
Series:
Copies: 1
Total Pages: 30

ACCESS RESTRICTED
The item identified below has been withdrawn from this file:

Folder Title: AF 215807
Document Date: 08-10-1950
Document Type: Intelligence Report
Special Media:
From:
To:
Subject: AERIAL PHOTOGRAPHS TABBED WITH DOCUMENTS

In review of this file this item was removed because access to it is restricted. Restrictions on records in the National Archives are stated in general and specific record group restrictions statements which are available for examination.

NND: 57565
Withdrawn: 05-09-2011 by: ANDC
RETRIEVAL #: 57565 00499 234 3 13
System DocID: 31397954

RG: 338
Tab #: 38
Entry: 338-7503
Copies: 1
Pages: 42

Box: 3

### ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

    Folder Title: INTEL RPTS
    Document Date: 11/07/1956
    Document Ser#:

Description: DISP

In the review of this file this item was removed because acc
restricted.  Restrictions on records in the National Archives
general and specific record group restriction statements whi
for examination.

NND: 961078
Withdrawn: 04/06/2001        by: JOHN RITZ

FOIA RETRIEVAL #: 961078 3 38

000026



# WITHDRAWAL NOTICE

RG: 338
Tab #: 35
Entry: 338-7503
Copies: 1
Pages: 106

Box: 3

## ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

Folder Title: PROJ. ZENITH CONTROL DATA
Document Date: 11/00/1954
Document Ser#:

Description: RPT

In the review of this file this item was removed because acce
restricted. Restrictions on records in the National Archives a
general and specific record group restriction statements whi
for examination.

NND: 961078
Withdrawn: 04/06/2001          by: JOHN RITZ
FOIA RETRIEVAL #: 961078 3 35

000027

WITHDRAWAL NOTICE

RG: 338
Tab #: 36
Entry: 338-7503
Copies: 1
Pages: 94

SANITIZED COPY ATTACHED
Mk 43.107

Box: 3

ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

Folder Title: PROJ. ZEPHYR CONTROL DATA
Document Date: 11/00/1954
Document Ser#:

Description: BOOKLET

In the review of this file this item was removed because access to it is restricted. Restrictions on records in the National Archives are stated in general and specific record group restriction statements which are avail for examination.

NND: 961078
Withdrawn: 04/06/2001          by: JOHN RITZ

FOIA RETRIEVAL #: 961078 3 36



000028

TAB #: 28

RG: 338

ENTRY: Ass 338.7503

BOX: 1

$$\frac{1}{COPIES} / \frac{3}{PPS.} / \frac{S}{CLASS.}$$

## ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

File Designation   360.05 E.E.I.  ESCAPE & EVASION

MEMO

Date   08 / 11 / 55

From _____

To _____

In the review of this file this item was removed because access to it is restricted. Restrictions on records in the National Archives are stated in general and specific record group restriction statements which are available for examination. The item identified above has been withdrawn because it contains:

☒ Security-Classified Information

☐ Otherwise Restricted Information

NNO 961078
Authority

2/8/01
Date

Withdrawn by  Ja

000029

RG: 338

ENTRY: Ass# 338-7503

BOX: 1

TAB #: 29

$$\frac{1}{\text{COPIES}} / \frac{3}{\text{PPS.}} / \frac{S}{\text{CLASS.}}$$

## ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

File Designation   350, US E.E.I. Escape & Evasion

MEMO

Date   00/CA/55

From

To   CinC

In the review of this file this item was removed because access to it is restricted.  Restrictions on records in the National Archives are stated in general and specific record group restriction statements which are available for examination.  The item identified above has been withdrawn because it contains:

☑ Security-Classified Information

☐ Otherwise Restricted Information

NND 961078
Authority

2/8/01
Date

Withdrawn by Jd

WITHDRAWAL NOTICE

000030

# WITHDRAWAL NOTICE

RG: 554
Box: 00009     Folder: 0001     Document: 13
Series:

Copies: 1     Pages: 30

## ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

> Folder Title: 350.05 E.E.I.
> Document Date: 10-03-1955
> Document Type: Memorandum
> From: Matzko
> To: Stanley

Subject:          memo w/att

In the review of this file this item was removed because access to it is
restricted. Restrictions on records in the National Archives are stated in
general and specific record group restriction statements which are available
for examination.

NND: 39314
Withdrawn: 09-07-2005          by:

RETRIEVAL #: 39314 00009 0001 13

000031

RG: 338

ENTRY: As# 338 -7503

BOX: 1

TAB #: 24

$\frac{1}{COPIES}$/ $\frac{2}{PPS.}$ /$\frac{S}{CLASS.}$

## ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

File Designation    370.02   OP & RPTS.

                NOTE

Date   30 / 09 / 55

From                             

To                             

In the review of this file this item was removed because access to it is restricted. Restrictions on records in the National Archives are stated in general and specific record group restriction statements which are available for examination. The item identified above has been withdrawn because it contains:

      ☑ Security-Classified Information

      ☐ Otherwise Restricted Information

NND 961078
Authority

2/8/01
Date

Withdrawn by —Ta

000032

RG: 338
Tab #: 116
Entry: 338-7503
Copies: 1
Pages: 6

Box: 5

## ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

Folder Title: A RPTS A001 A139  *A 026  1956*
Document Date: 01/11/1956
Document Ser#:

Description: RPT

In the review of this file this item was removed because acc
restricted.  Restrictions on records in the National Archives
general and specific record group restriction statements wh
for examination.

NND: 961078
Withdrawn: 06/04/2001          by: JOHN RITZ

FOIA RETRIEVAL #: 961078 5 116

000033

RG: 33 9
ENTRY: Ass. 338-7503
BOX: 1

TAB #: 27

1 / 19 / S
COPIES/ PPS. /CLASS.

ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

File Designation   350.05 E.E.I. ESCAPE & EVASION

MEMO - RECORD

Date   15/12/55

From   _____

To   _____

In the review of this file this item was removed because access to
it is restricted.  Restrictions on records in the National
Archives are stated in general and specific record group
restriction statements which are available for examination.  The
item identified above has been withdrawn because it contains:

☒ Security-Classified Information

☐ Otherwise Restricted Information

NND 961078
Authority

2/8/01
Date

Withdrawn by  JL

000034

W I T H D R A W A L   N O T I C E

RG:   038                                      TAB #:      5

ENTRY: POW Desk                                001 / 0019 / C /
                                               ---   ----   -   -------
                                               COPIES/PPS/CLASS/SPECMARK

BOX:      2

ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

          Folder Title:      A16-2/26.11.8   NAVPERS...

          Document Date:     14/07/54

          Document Ser.#:

                    Rpt 819-54        Fr NA London

In the review of this file this item was removed because access to it is
restricted.  Restrictions  on records in the National Archives are stated in
general and specific record group restriction statements which are available
for examination.  The item identified above has been withdrawn because it
contains:

                    X Security-Classified Information
                    -

NND:   957307                      WITHDRAWN: 12/12/94  by: PMK
       ------

FOIA RETRIEVAL #: 957307 00002 00005

000035

W I T H D R A W A L   N O T I C E

: 038                                          TAB #:      15

TRY: POW Desk                                  001 / 0012 / S /
                                               ---   ----   -   -------
                                               COPIES/PPS/CLASS/SPECMARK

X:      6

ACCESS RESTRICTED

e item identified below has been withdrawn from this file:

Folder Title:      A16-2/26.27.8  Prisons...

Document Date:     15/07/55

Document Ser.#:

IR                    Fr CIA

the review of this file this item was removed because access to it is
stricted.  Restrictions  on records in the National Archives are stated in
neral and specific record group restriction statements which are available
r examination.  The item identified above has been withdrawn because it
ntains:

X Security-Classified Information
-

D:   957307                        WITHDRAWN: 12/12/94  by: PMK
     ------

IA RETRIEVAL #: 957307 00006 00015

000036

W I T H D R A W A L   N O T I C E

RG:  038                                          TAB #:      20

ENTRY: POW Desk                          001 / 0002 / S /
                                         ---   ----   -   -------
                                         COPIES/PPS/CLASS/SPECMARK

BOX:       6

ACCESS RESTRICTED

The item identified below has been withdrawn from this file:


        Folder Title:     A16-2/26.27.8  Prisons...

        Document Date:    28/03/55

        Document Ser.#:



            IR                    Fr CIA


In the review of this file this item was removed because access to it is
restricted.  Restrictions  on records in the National Archives are stated in
general and specific record group restriction statements which are available
for examination.  The item identified above has been withdrawn because it
contains:


            X Security-Classified Information
              -


NND:  957307                    WITHDRAWN: 12/12/94  by: PMK
      ------

FOIA RETRIEVAL #: 957307 00006 00020

000037

# W I T H D R A W A L   N O T I C E

RG:  038                                      TAB #:        7

ENTRY: POW Desk                               001 / 0004 / C /
                                              --- ---- - -------
                                              COPIES/PPS/CLASS/SPECMARK

BOX:     7

## ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

        Folder Title:    Prisons & Camps - USSR #2

        Document Date:   15/05/53

        Document Ser.#:  _____


            Rpt                 Re: POW Camps


In the review of this file this item was removed because access to it is
restricted.  Restrictions  on records in the National Archives are stated in
general and specific record group restriction statements which are available
for examination.  The item identified above has been withdrawn because it
contains:


            X Security-Classified Information
            -


ND:  957307                          WITHDRAWN: 12/12/94  by: PMK
     ------

OIA RETRIEVAL #: 957307 00007 00007

000038

W I T H D R A W A L   N O T I C E

RG:   038                                         TAB #:       8

ENTRY: POW Desk                                   001 / 0002 / C /
                                                  ---   ----   -   -------
                                                  COPIES/PPS/CLASS/SPECMARK

BOX:      7

                          ACCESS RESTRICTED

The item identified below has been withdrawn from this file:


          Folder Title:   Prisons & Camps - USSR #2

          Document Date:  12/05/53

          Document Ser.#:



               Rpt



In the review of this file this item was removed because access to it is

restricted.  Restrictions  on records in the National Archives are stated in

general and specific record group restriction statements which are available

for examination.  The item identified above has been withdrawn because it

contains:


               X Security-Classified Information
               -


NND:  957307                      WITHDRAWN: 12/12/94  by: PMK
      ------

FOIA RETRIEVAL #: 957307 00007 00008

000039

W I T H D R A W A L   N O T I C E

RG:   038                                    TAB #:      12

ENTRY: POW Desk                         001 / 0001 / C /
                                        --- / ---- / - / -------
                                        COPIES/PPS/CLASS/SPECMARK

BOX:        7

                    ACCESS RESTRICTED

The item identified below has been withdrawn from this file:


        Folder Title:   Prisons & Camps - USSR #2

        Document Date:  31/03/53

        Document Ser.#: _____


                    Rpt


In the review of this file this item was removed because access to it is

restricted.  Restrictions  on records in the National Archives are stated in

general and specific record group restriction statements which are available

for examination.  The item identified above has been withdrawn because it

contains:


            X Security-Classified Information


NND:  957307                    WITHDRAWN: 12/12/94  by: PMK
      ------

FOIA RETRIEVAL #: 957307 00007 00012

000040

W I T H D R A W A L   N O T I C E

G:  038                                          TAB #:      14

NTRY: POW Desk                                   001 / 0002 / C /
                                                 --- ---- - -------
                                                 COPIES/PPS/CLASS/SPECMARK

OX:      7

ACCESS RESTRICTED

he item identified below has been withdrawn from this file:

        Folder Title:    Prisons & Camps - USSR #2

        Document Date:   04/03/53

        Document Ser.#:  _____

                Rpt

n the review of this file this item was removed because access to it is
estricted.  Restrictions  on records in the National Archives are stated in
eneral and specific record group restriction  statements which are available
or examination.  The item identified above has been withdrawn because it
ontains:

                X Security-Classified Information
                -

D:  957307                          WITHDRAWN: 12/12/94  by: PMK
    ------

IA RETRIEVAL #: 957307 00007 00014

000041

W I T H D R A W A L   N O T I C E

RG:   038                                    TAB #:      15

ENTRY: POW Desk                              001 / 0002 / S /
                                             ---   ----   -   -------
                                             COPIES/PPS/CLASS/SPECMARK

BOX:       7

ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

        Folder Title:      Prisons & Camps - USSR #2

        Document Date:     17/02/53

        Document Ser.#:


              Rpt


In the review of this file this item was removed because access to it is
restricted.   Restrictions  on records in the National Archives are stated in
general and specific record group restriction statements which are available
for examination.   The item identified above has been withdrawn because it
contains:


              X Security-Classified Information
              -


NND:   957307                        WITHDRAWN: 12/12/94  by: PMK
       ------

FOIA RETRIEVAL #: 957307 00007 00015

000042

# W I T H D R A W A L   N O T I C E

G:  038                                      TAB #:      16

NTRY: POW Desk                      001 / 0002 / C /
                                    ---    ----   -   -------
                                    COPIES/PPS/CLASS/SPECMARK

OX:      7

### ACCESS RESTRICTED

The item identified below has been withdrawn from this file:


     Folder Title:    Prisons & Camps - USSR #2

     Document Date:   19/02/53

     Document Ser.#:  _____


             Rpt


In the review of this file this item was removed because access to it is
restricted.  Restrictions  on records in the National Archives are stated in
general and specific record group restriction statements which are available
for examination.  The item identified above has been withdrawn because it
contains:



             X Security-Classified Information
               -


NND:  957307                         WITHDRAWN: 12/12/94  by: PMK
      ------

FOIA RETRIEVAL #: 957307 00007 00016

000043

# W I T H D R A W A L   N O T I C E

RG:  038                                        TAB #:      54

ENTRY: POW Desk                                 001 / 0004 / C /
                                                --- ---- - -------
                                                COPIES/PPS/CLASS/SPECMARK

BOX:      7

## ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

        Folder Title:    Prisons & Camps - USSR - #3

        Document Date:   01/02/54

        Document Ser.#:  _____


                Rpt


In the review of this file this item was removed because access to it is
restricted.  Restrictions  on records in the National Archives are stated in
general and specific record group restriction statements which are available
for examination.  The item identified above has been withdrawn because it
contains:


                X Security-Classified Information
                -


NND:  957307                            WITHDRAWN: 12/12/94  by: PMK
      ------

FOIA RETRIEVAL #: 957307 00007 00054

000044

RG: 24

ENTRY: Secret General Corresp.

BOX: 15

TAB #: 1A

22 / 52 / S
COPIES/ PPS. /CLASS.

## ACCESS RESTRICTED

The item identified below has been withdrawn from this file:

| File Designation | 3430 - 3930 | 1959/1960 |
|---|---|---|
| | PARTIAL FOLDER | |
| Date | 1960 | |
| From | NAVY | |
| To | — | |

In the review of this file this item was removed because access to
it is restricted.  Restrictions on records in the National
Archives are stated in general and specific record group
restriction statements which are available for examination.  The
item identified above has been withdrawn because it contains:

☑ Security-Classified Information

☐ Otherwise Restricted Information

NND 993013

Authority

13 NOV 98

Date

Withdrawn by ___MRM___

WITHDRAWAL NOTICE

000045

# WITHDRAWAL NOTICE

RG: 341    - Records of Headquarters U.S. Air Force (Air Staff)   *NND 57565*

Box: 00499    Withhold Box: 234    Withold Folder: 3    Document: 13

Series:

Copies: 1    Total Pages: ~~28~~ 30

*SANITIZED COPY ATTACHED*

*NW 42010*

*MOC 6-19-2014*

## ACCESS RESTRICTED

The item identified below has been withdrawn from this file:



*BOX 499*
*13 D-*
*005-44-02*
*TAB 13*
*(CUT CARD)*

    Folder Title: AF 215807

    Document Date: 08-10-1950

    Document Type: Intelligence Report

    Special Media:

    From:

    To:

    Subject:    AERIAL PHOTOGHRAPHS TABBED WITH DOCUMENTS

In the review of this file this item was removed because access to it is restricted.  Restrictions on records in the National Archives are stated in general and specific record group restriction statements which are available for examination.

NND: 57565

Withdrawn: 05-09-2011        by: ANDC

RETRIEVAL #: 57565 00499 234 3 13

System DocID: 31397954

## APPENDIX A:  KOREAN WAR POW/MIA NAMES

Adams, John Howard U.S. Air Force Captain MIA 6/10/1952
Akin, Rolan Maurice U.S. Air Force Captain POW 9/12/1951
Allen, Billy James Army Sergeant First Class MIA 12/6/1950
Allison, James Leonard U.S. Marine Corps Corporal KIA 11/28/1950
Arms, John Walter U.S. Air Force 1st Lieutenant MIA 6/5/1953
Arredondo, Isidore Castillo Army Corporal POW 1/8/1952
Ashley, Gilbert Lamour U.S. Air Force Captain POW 1/29/1953
Asla, Felix Jr. U.S. Air Force Major MIA 8/1/1952
Barnett, Carl George Jr. U.S. Air Force 1st Lieutenant MIA 9/26/1951
Beardall, Harold Martyn U.S. Airforce Captain POW 5/21/1951
Bell, Donald Edwin U.S. Air Force 1st Lieutenant MIA 1/26/1952
Bell, William John U.S. Air Force 1st Lieutenant MIA 10/7/1952
Bibb, Robert Paul Army Master Sergeant MIA 7/20/1950
Bigham, Donald Gaile U.S. Air Force Captain POW 11/9/1951
Black, Wayne Forrest U.S. Air Force Captain MIA 10/23/1951
Brennan, John Charles U.S. Air Force Airman Third Class MIA 11/14/1952
Boyd, Harold Russell Army Sergeant MIA 2/12/1951
Boyle, Clarence Edward U.S. Air Force 1st Lieutenant MIA 7/1/1951
Brown, James Benjamin U.S. Marines Corps Captain MIA 5/30/1953
Button, Leonard Wayne Army 1st Lieutenant MIA 5/13/1953
Bushroe, Sterling Joseph U.S. Air Force 1 Lieutenant MIA 9/11/1951
Carey, James Desmond U.S. Air Force Lieutenant MIA 3/24/1952
Cawley, Lee R. Army Corporal MIA 2/13/1951
Cherry, Clarence Martin U.S. Air Force Staff Sergeant MIA 9/9/1950
Cochran, Billy Edward U.S. Navy Lieutenant Junior Grade POW 6/14/1951
Cowden, Richard Merlin U.S. Air Force 1st Lieutenant KIA 3/9/1953
Crone, William Delbert U.S. Air Force Captain MIA 6/18/1951
Crutchfield, James Henry U.S. Marines Corps Major KIA 11/4/1951
Culbertson, Gene Alan U.S. Air Force Captain MIA 2/23/1953
Davis, Ramon Rodrick U.S. Air Force Captain MIA 10/5/1950
Delacy, Arthur Donald U.S. Marine Corps 1st Lieutenant MIA 10/7/1951
Derosier, Albert Paul U.S. Air Force Captain MIA 9/12/1951
Desautels, Richard G. Army Sergeant POW 12/1/1950
Gahan, John William U.S. Air Force Airman First Class MIA 11/30/1950
Dougherty, Joseph Stephen U.S. Air Force Staff Sergeant MIA 10/23/1951
Duer, Victor Leroy U.S. Air Force Captain POW 4/30/1952
Dumas, Roger Armand Army Corporal POW 11/4/1950

000047

Duncan, James Harold U.S. Air Force Staff Sergeant POW 9/9/1950
Escalle, Jimmy Louis U.S. Air Force 1st Lieutenant MIA 6/19/1953
Fincher, Deltis Herman U.S. Air Force Major MIA 8/22/1952
Fischer, Jack Stewart U.S. Marine Corps Private MIA 10/27/1950
Frank, William Arthur Army Private First Class MIA 12/3/1950 000018
Glasser, Gerald William Army Sergeant POW 5/18/1951
Grisham, David Howard U.S. Air Force Captain MIA 9/3/1950
Guilfoyle, Cornelius Patrick U.S. Air Force Captain MIA 4/7/1952
Gunther, Charles William U.S. Air Force Captain KIA 6/19/1953
Guthrie, Edward Sheldon U.S. Air Force 1st Lieutenant MIA 11/14/1952
Harker, Charles Abbott U.S. Air Force 1st Lieutenant MIA 5/3/1953
Haskett, William Thomas U.S. Air Force Captain MIA 4/14/1951
Hawkins, Luther Reid U.S. Air Force Captain MIA 5/24/1952
Heise, Arthur U.S. Air Force Captain MIA 1/10/1953
Helton, Thomas Luke U.S. Air Force Captain MIA 4/16/1951
Holz, Scott Anderson U.S. Air Force 1st Lieutenant MIA 4/7/1952
Henry, Robert Elmer U.S. Air Force 1st Lieutenant MIA 7/23/1952
Ishida, Hidemaro Saito U.S. Air Force Airman Second Class POW 1/29/1953
Jacobs, Harrison Chase U.S. Air Force 1st Lieutenant POW 12/27/1950
Jacobson, Paul Joseph U.S. Air Force 1st Lieutenant MIA 2/12/1953
Jensen, Morton Henry U.S. Air Force Technical Sergeant MIA 11/19/1952
Jones, James Lewis U.S. Air Force Airman First Class POW 4/7/1951
Keene, Kassel Monford U.S. Air Force Major MIA 11/19/1952
Karpowicz, Jerome U.S. Air Force Airman First Class MIA 5/17/1953
Kepford, Joseph Clarence U.S. Air Force Captain MIA 10/7/1950
Knott, Gerald Wesley U.S. Air Force 2nd Lieutenant KIA 7/20/1953
Laier, Robert Holmes U.S. Air Force Captain POW 6/19/1951
Lane, John Francis U.S. Air Force Captain MIA 5/20/1952
Larkin, Hugh Francis U.S. Air Force Captain MIA 12/5/1951
Layton, Laurence Coe U.S. Air Force 1st Lieutenant MIA 9/2/1951
Lewis, Wayne Edwin U.S. Air Force Airman First Class MIA 3/22/1952
Logan, Samuel Porter U.S. Air Force Major POW 9/9/1950
Long, Joseph Sheldon U.S. Air Force Major MIA 4/7/1952
Lovett, Charles Earnest Army Corporal MIA 7/19/1950
Mandra, Philip Vincent U.S. Marine Corps Sergeant MIA 8/7/1952
Martin, Dominique Kenneth U.S. Air Force 1st Lieutenant MIA 5/5/1952
Martin, Robert Lee U.S. Air Force 1st Lieutenant MIA 8/24/1951
Mast, Clifford Henry U.S. Air Force Staff Sergeant MIA 7/4/1952
McDonough, Charles Edward U.S. Air Force Major POW 12/4/1950

000048

Miles, William T. Army Sergeant First Class MIA 7/8/1951
Mooradian, Ara U.S. Air Force Captain MIA 10/23/1951
Moreland, Harry Drinnen Army Captain POW 10/27/1952
Myers, Thomas Ellis U.S. Air Force Major MIA 10/2/1950
Neal, Frank Allen Army Private First Class MIA 7/28/1950
Niemann, Robert Frank U.S. Air Force 1st Lieutenant MIA 4/12/1953
Odenbaugh, Thomas Donald U.S. Marine Corps 1st Lieutenant MIA 9/9/1950
Olsen, Arthur Robert U.S. Air Force 1st Lieutenant MIA 1/29/1953
O'Meara, James Joseph U.S. Air Force Airman Second Class MIA 1/29/1953
O'Neal, Julius Elliot U.S. Air Force Lieutenant Colonel MIA 10/23/1951
Padilla, Alexander Beck U.S. Air Force Captain MIA 10/9/1950
Palmer, Alford Cleve U.S. Air Force 1st Lieutenant MIA 9/5/1952
Parham, Charles Easton U.S. Air Force Airman 1st Class MIA 11/25/1951
Pincus, Herbert U.S. Air Force 1st Lieutenant MIA 10/7/1952
Pope, James Dean U.S. Air Force Airman Second Class MIA 1/29/1953
Pratt, Charles William U.S. Air Force Captain MIA 11/8/1951
Reid, Elbert Josephus U.S. Air Force Staff Sergeant MIA 6/10/1952
Reitsma, Donald Ray U.S. Air Force 1st Lieutenant MIA 12/22/1952
Rhinehart, Charles Walter U.S. Air Force 1st Lieutenant MIA 1/29/1952
Rosenvall, Richard Blaine U.S. Air Force 1st Lieutenant MIA 10/6/1952
Rountree, Fred Brinson U.S. Air Force Captain MIA 1/14/1951
Rudolph, Allan Keith U.S. Air Force 1st Lieutenant MIA 6/19/1953
Selman, Clifford Gene U.S. Air Force 1st Lieutenant MIA 5/17/1953
Shaddick, John Philip U.S. Air Force 1st Lieutenant MIA 1/29/1953
Southerland, John Edward U.S. Air Force 1st Lieutenant MIA 6/6/1953
Sowles, Lewis W. Army Sergeant First Class MIA 11/30/1950
Spath, Charles Ray U.S. Air Force Captain POW 2/3/1952
Spence, Marvin James U.S. Air Force Major MIA 9/9/1950
Stauffer, Bill James U.S. Air Force 2nd Lieutenant MIA 1/26/1953
Stein, Richard James U.S. Marine Corps Private First Class KIA 11/28/1950
Stevenson, Frank James U.S. Air Force Airman Third Class MIA 1/29/1953
Stopa, Dewey, U.S. Air Force 1st Lieutenant KIA 1/29/1953
Strykowsky, Leonard U.S. Navy Aviation Electronics Technician 8/22/1956
Tahsequah, Meech U.S. Air Force Lieutenant Colonel MIA 12/6/1950
Tatarakis, George G. Army Sergeant MIA 2/19/1952
Thompson, Charles Russell, U.S. Air Force 1st Lieutenant MIA 11/25/1951
Torres, George Army Sergeant MIA 12/2/1950
Trantham, Archie Peyton U.S. Air Force Captain MIA 6/5/1952
Turberville, Jack Howard U.S. Air Force 1st Lieutenant MIA 11/18/1952

Van Fleet, James Alward U.S. Air Force Captain MIA 4/4/1952
Van Voorhis, Paul Edward U.S. Air Force Captain MIA 1/12/1953
Van Wees, Ronald D. Army Corporal MIA 11/30/1952
Voss, William Anthony U.S. Air Force 1st Lieutenant MIA 7/16/1953
Walters, Kenneth E. Army Private First Class MIA 12/6/1950
Wing, Elmer V. Army Corporal MIA 10/5/1952
Ziegler, Joseph Patrick U.S. Air Force 1st Lieutenant MIA 4/23/1953
Zimmerlee, John Henry U.S. Air Force Captain MIA 3/22/1952

## APPENDIX B:  COLD WAR POW/MIA INCIDENTS AND NAMES

A.      On April 8, 1950, a U.S. Navy PB4Y2 Privateer aircraft flying out of Wiesbaden, Germany, was shot down by Soviet fighters over the Baltic Sea. The entire crew of 10 remains unaccounted for.
1.      AT1 Frank L. Beckman
2.      AL3 Joseph J. Bourassa
3.      ENS Tommy L. Burgess
4.      AD 1 Joseph H. Danens
5.      LT John H. Fette
6.      CT3 Edward J. Purcell
7.      LTJG Robert D. Reynolds
8.      AN Joseph N. Rinnier
9.      LT Howard W. Seeschaf
10.     AD 1 Jack W. Thomas

B.      On November 6, 1951, a U.S. Navy P2V Neptune aircraft was shot down over the Sea of Japan. The entire crew of 10 remains unaccounted for.
1.      LT Judd C. Hodgson
2.      LT Sam Rosenfeld
3.      ENS A. Smith
4.      AO1 Reuben S. Baggett
5.      AD1 Paul R. Foster
6.      AT1 Erwin D. Raglin
7.      AL2 Paul G. Juric
8.      AT2 William S. Meyer
9.      AL2 Ralph A. Wiger, Jr.
10.     AD3 Jack Lively

C.      On June 13, 1952, a U.S. Air Force RB-29 aircraft stationed at Yokota Air Base, Japan, was shot down over the Sea of Japan. The entire crew of 12 remains unaccounted for.
1.      Maj. Samuel N. Busch
2.      Capt. Samuel D. Service
3.      Capt. James A. Sculley
4.      1st Lt. Robert J. McDonnell
5.      Master Sgt. William R. Homer
6.      Master Sgt. David L. Moore
7.      Staff Sgt. William A. Blizzard

8.    Staff Sgt. Miguel W. Monserrat
9.    Staff Sgt. Eddie R. Berg
10.   Staff Sgt. Leon F. Bonura
11.   Staff Sgt. Roscoe G. Becker
12.   Airman 1st Class Danny H. Pillsbury

D.     On October 7, 1952, a U.S. Air Force RB-29 aircraft stationed at Yokota
Air Base, Japan was shot down north of Hokkaido Island, Japan. Of the eight
crewmen on board, seven remain unaccounted for.
1.    Paul Eugene Brock, 1st Lt
2.    Samuel Albion Colgan, S Sgt
3.    John Robertson Dunham CPT
4.    Eugene Minot English Capt
5.    John Arthur Hirsch S Sgt
6.    Fred Grady Kendrick A2C
7.    Frank Eugene Neail A2C
8.    Thomas Gerald Shipp A1C

E.     On January 18, 1953, a U.S. Navy P2V aircraft with 13 crewmen aboard
was shot down by the Chinese, in the Formosa Straits. Six crew members
remain unaccounted for.
1.    Dwight C. Angell P03
2.    Ronald A. Beahm AT3
3.    Clifford R. Byars PH1
4.    Willliam F. McClure AT3
5.    Lloyd Smith AD3

F.     On July 29, 1953, a U.S. Air Force RB-50 aircraft stationed at Yokota Air
Base, Japan, was shot down over the Sea of Japan. Of the 17 crew members on
board, 14 remain unaccounted for.
1.    Frank Ernest Beyer 1LT
2.    Edmund J. Czyz 1LT
3.    Donald Wayne Gabree SSG
4.    Roland Edgar Goulet A1C
5.    Donald G. Hill SSG
6.    James Gordon Keith CPT
7.    Earl W. Radlein
8.    Charles J. Russell
9.    Warren J. Sanderson 1LT

10.  Robert E. Stalnaker CAPT
11.  Francisco J. Tajeda MAJ
12.  John C. Ward CAPT
13.  Lloyd C. Wiggins CAPT
14.  James E. Woods

G.    On April 17, 1955, a U.S. Air Force RB-47 aircraft based at Eielson Air Base, Alaska, was shot down near the southern point of Kamchatka, Russia. The entire crew of three remains unaccounted for.

1.  Robert N. Brooks Major
2.  Lacie C. Neighbors Captain
3.  Richard E. Watkins Captain

H.    On August 22, 1956, a U.S. Navy P4M aircraft was shot down off the coast of China. Of the 16 crew members on board, 12 remain unaccounted for.
1.  Donald Wayne Barber AT2
2.  Warren Edgar Caron AO2
3.  James Brayton Deane
4.  Francis Arthur Flood LTJG
5.  William Michael Humbert A023
6.  Milton Hutchinson
7.  Harold Edwin Lounsbury AD1
8.  Carl Edwin Messinger AT2
9.  Wallace Winslow Powell AE2
10.  Donald Eugene Sprinkle
11.  Leonard Strykowsky AT2
12.  Lloyd Lawayne Young

I.    On September 10, 1956, a U.S. Air Force RB-50 aircraft based at Yokota Air Base, Japan, with a crew of 16, was lost in Typhoon Emma over the Sea of Japan. The entire crew remains unaccounted for.
1.  Palmer D. Arrowood TSGT
2.  John Edward Beisty A2C
3.  Bobby Ray Davis T Sgt
4.  Lorin C. Disbrow
5.  William H. Ellis A/2C
6.  Wayne J. Fair A1C
7.  Rodger A. Fees Capt

8.     Raymond D. Johnson SGT
9.     Richard T. Kobayashi 2LT
10.    Harry S. Maxwell A1C
11.    William J. McLaughlin CAPT
12.    Peter J. Rahaniotes 1LT
13.    Leo J. Sloan
14.    Paul W. Swinehart SGT
15.    Pat Partridge Taylor CAPT
16.    Theodorus J. Trias SGT

J.     July 1, 1960, a U.S. Air Force RB-47 aircraft stationed at RAF Brize Norton, England, was shot down over the Barents Sea. Of the six crew members on board, three remain unaccounted for.

1.     Eugene E. Posa MAJ
2.     Oscar L. Goforth CAPT
3.     Dean B. Phillips CAPT

K.     On December 14, 1965, a U.S. Air Force RB-57 aircraft was lost over the Black Sea, flying out of Incirlik Air Base, Turkey. The entire crew of two remains unaccounted for.
1.     Lester L. Lackey MAJ
2.     Robert Yates

L.     On April 15, 1969, a U.S. Navy EC-121 aircraft was shot down by North Korean fighters. Of the 31 men on board, 29 remain unaccounted for.
1.     Louis F. Balderman PO1
2.     Stephen C. Chartier PO1
3.     Bernie L. Colgin PO1
4.     Ballard F. Connors PO1
5.     Gary R. Ducharme PO3
6.     John Dzema LT
7.     Dennis B. Gleason LT
8.     Gene K. Graham PO3
9.     Laverne A. Greiner CPO
10.    Dennis J. Horrigan PO2
11.    Richard H. Kinkaid PO2
12.    Hugh M. Lynch GSGT
13.    Marshal H. McNamara CPO

14. Timothy McNeil ATR2
15. John A. Miller PO3
16. James H. Overstreet LCDR
17. Peter P. Perrottet LT
18. John H. Potts PO1
19. Richard T. Prindle Seaman
20. Frederick A. Randall PO2
21. James L. Roach PO1
22. John H. Singer LT
23. Richard E. Smith CPO
24. Phillip D. Sundby PO3
25. Robert J. Sykora LTJG
26. Robert Frank Taylor LT
27. Stephen J. Tesmer PO2
28. Norman E. Wilkerson LTJG
29. David M. Willis, P03

```
==========================================
              WATERGATE
         2512 VIRGINIA AVE NW
       WASHINGTON, DC 20037-9997
              104936-0287
              (800)275-8777
          04/21/2020 03:54 PM
==========================================
==========================================
------------------------------------------
Product             Qty   Unit      Price
                          Price
------------------------------------------
First-Class Mail®    1    $2.60     $2.60
Large Envelope
    (Domestic)
    (COLLEGE PARK, MD  20740)
    (Weight:0 Lb 8.40 Oz)
    (Estimated Delivery Date)
    (Friday 04/24/2020)
Certified                          $3.55
    (USPS Certified Mail #)
    (70160750000103886738)
PM 1-Day             1    $8.70     $8.70
    (Domestic)
    (CHANTILLY, VA  20151)
    (Weight:2 Lb 0.40 Oz)
    (Expected Delivery Day)
    (Wednesday 04/22/2020)
    (USPS Tracking #)
    (9505 5141 5062 0112 4184 57)
Insurance                          $0.00
    (Up to $50.00 included)
------------------------------------------
Total:                            $14.85
          --------------------
------------------------------------------
Credit Card Remitd                $14.85
    (Card Name:AMEX)
    (Account #:XXXXXXXXXXX2000)
    (Approval #:868189)
    (Transaction #:744)
    (AID:A000000025010801      Chip)
    (AL:AMERICAN EXPRESS)
    (PIN:Not Required)
------------------------------------------

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

           Preview your Mail
           Track your Packages
          Sign up for FREE @
         www.informeddelivery.com
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

COLLEGE PARK, MD 20740

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.55 | 0287 |
| $ | | 17 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $2.60 | |
| $ | | 04/21/2020 |
| Total Postage and Fees | | |
| $ | $6.15 | |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 0750 0001 0388 6738

Exhibit 2

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 70160750000103886738

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:07 am on April 23, 2020 in COLLEGE PARK, MD 20740.

Feedback

## ✓ Delivered

April 23, 2020 at 10:07 am
Delivered, Front Desk/Reception/Mail Room
COLLEGE PARK, MD 20740

---

**Tracking History**                                                    ︿

**April 23, 2020, 10:07 am**
Delivered, Front Desk/Reception/Mail Room
COLLEGE PARK, MD 20740
Your item was delivered to the front desk, reception area, or mail room at 10:07 am on April 23, 2020 in
COLLEGE PARK, MD 20740.

---

**April 22, 2020, 5:11 pm**
Delivery Attempted - No Access to Delivery Location
COLLEGE PARK, MD 20740

---

**April 22, 2020, 9:03 am**
Arrived at Unit
COLLEGE PARK, MD 20740